AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | | |
|---|---|---|
| ROVIER CARRINGTON | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:20-cv-09825-VAP-JC |
| HARVEY WEINSTEIN | ) | |
| see attached | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BRIAN GRADEN MEDIA LLC
c/o ETHAN MANAGEMENT CORP.
15396 Ashley Ct.
Whittier, CA  90603


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    G. SCOTT SOBEL, Esq.
LAW OFFICE OF G. SCOTT SOBEL
1180 S. Beverly Drive, Suite 610
Los Angeles, CA 90035-1158


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _11/18/20_____

_____
*Signature of Clerk or Deputy Clerk*

Case 2:20-cv-09825-VAP-JC Document 1 Filed 10/26/20 Page 1 of 82 Page ID #:1

| | |
|---|---|
| 1 | G. SCOTT SOBEL, Esq., SBN 124818 |
| 2 | LAW OFFICE OF G. SCOTT SOBEL |
|   | 1180 S. Beverly Drive, Suite 610 |
| 3 | Los Angeles, CA 90035-1158 |
|   | Tel: (310) 422-7067; Fax: (888) 863-5630 |
| 4 | GScottSobel@gmail.com |
| 5 | Attorney for Rovier Carrington |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROVIER CARRINGTON, | Case No: |
| Plaintiff, | **VERIFIED COMPLAINT FOR DECLARATORY RELIEF AND DAMAGES:** |
| vs. | **1. DECLARATORY JUDGMENT** 28 U.S.C. § 2201 |
| | (Judge Failla's "Individual Rules of Practice in Civil Cases" and all Orders issued under it are unconstitutional and Void for lack of Due Process) |
| HARVEY WEINSTEIN; ESTATE OF SUMNER REDSTONE; NATIONAL AMUSEMENTS, INC.; BRIAN GRADEN; BRIAN GRADEN MEDIA LLC; VIACOMCBS INC.; PARAMOUNT PICTURES CORP.; TRUSTEES OF THE BRAD ALAN GREY TRUST; STANTON "LARRY" STEIN; DIANA A. SANDERS; RUSS AUGUST & KABAT LLP; WOOK HWANG; LOEB & LOEB LLP; CHRISTOPHER LLOYD LAVIGNE; STEPHEN ROBERT FISHBEIN; SHEARMAN & STERLING LLP; HON. KATHERINE POLK FAILLA (In her official and individual capacities); and DOES 1-100, | **2. SEXUAL ASSAULT OF MINOR** Civil Penalties under Cal. Penal Code § 216.5 (STATUORY RAPE) |
| | **3. SEXUAL ASSAULT OF ADULT** Civil Battery under Cal. Penal Code § 216 (a) (RAPE) |
| | **4. SEXUAL HARRASSMENT** Cal. Gov. Code §§ 12923, 12940(j) |
| | **5. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS** |
| | **6. DEPRIVATION OF CIVIL RIGHTS** 42 U.S.C. § 1983 Substantive And Procedural Due Process |
| Defendants. | **7. CONSPIRACY TO VIOLATE CIVIL RIGHTS** 42 U.S.C. § 1983 |
| | **8. ALTERNATIVELY, FRAUD BY CONCEALMENT** |
| | **JURY TRIAL DEMANDED** |

1

CARRINGTON v. GRADEN et. al. COMPLAINT – Sex Cult - Civil Rights