|   |   |
|---|---|
| 1 | G. SCOTT SOBEL, Esq., SBN 124818 |
| 2 | LAW OFFICE OF G. SCOTT SOBEL |
|   | 1180 S. Beverly Drive, Suite 610 |
| 3 | Los Angeles, CA 90035-1158 |
|   | Tel: (310) 422-7067; Fax: (888) 863-5630 |
| 4 | GScottSobel@gmail.com |
| 5 | Attorney for Rovier Carrington |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

ROVIER CARRINGTON,

    Plaintiff,

vs.

HARVEY WEINSTEIN; et al.,

    Defendants.

Case No: 2:20-cv-09825-VAP-JC

Honorable Virginia Phillips

**NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**

TO THIS HONORABLE COURT:

Pursuant to Local Rule 83-1.4, Plaintiff hereby gives Notice of Pendency of Other Actions or Proceedings as follows:

(a) Case No. 1:18-cv-04609-KPF (closed 10/11/19), currently in post judgment proceedings;

(b) U.S. District Court for the Southern District of New York;

(c) Plaintiff, ROVIER CARRINGTON; Defendants BRIAN GRADEN, BRIAN GRADEN MEDIA, LLC, VIACOM INC., VIACOM INTERNATIONAL INC., PARAMOUNT PICTURES CORPORATION, BRAD GREY, BRAD GREY ESTATE, And BRAD ALAN GREY TRUST;

(d) Attorneys:
    Stanton Lawrence Stein, Esq.
    Diana Arielle Sanders, Esq.
    Russ August & Kabat
    12424 Wilshire Blvd, 12th Floor
    Los Angeles, CA 90025
    (310) 826-7474

Fax: (310) 979-8222
Email: LGstein@raklaw.com
Email: dsanders@raklaw.com

Stephen Robert Fishbein, Esq.
Christopher Lloyd LaVigne, Esq.
Shearman & Sterling LLP (NY)
599 Lexington Avenue
New York, NY 10022
212 848-4424
Fax: 212848-7179
Email: sfishbein@shearman.com
Email: christopher.lavigne@shearman.com

Sarah Schacter, Esq.
Wook J Hwang, Esq.
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154
212-407-4000
Fax: 212-407-4990
Email: sschacter@loeb.com
Email: whwang@loeb.com

(e) Action for sexual assault against some of the same defendants.

Respectfully submitted on November 25, 2020,

G. Scott Sobel
*Attorney for Rovier Carrington*