| NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S) | |
|---|---|
| G. SCOTT SOBEL, Esq., SBN 124818<br>LAW OFFICE OF G. SCOTT SOBEL<br>1180 S. Beverly Drive, Suite 610<br>Los Angeles, CA 90035-1158<br>Tel: (310) 422-7067; Fax: (888) 863-5630 | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ROVIER CARRINGTON | CASE NUMBER |
|---|---|
| PLAINTIFF(S), <br> v. <br> HARVEY WEINSTEIN, et al <br><br> DEFENDANT(S). | 20-cv-09825-VAP-JC <br><br> **PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE** |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Erie County, New York, ~~State of California,~~ and not a party to the above-entitled cause. On _November 24_, 20 _20_, I served a true copy of Summons and Complaint by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); ~~by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)~~

~~Place of Mailing:~~ HARVEY WEINSTEIN
Executed on _November 24_, 20 _20_ at _Alden, New York_, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_E Anderson Co_
Signature of Person Making Service

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____ _____
*Signature*                                              *Party Served*

CV-40 (01/00)                    PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE