1 | G. SCOTT SOBEL, Esq., SBN 124818
2 | LAW OFFICE OF G. SCOTT SOBEL
  | 1180 S. Beverly Drive, Suite 610
3 | Los Angeles, CA 90035-1158
  | Tel: (310) 422-7067; Fax: (888) 863-5630
4 | GScottSobel@gmail.com

5 | Attorney for Rovier Carrington

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| ROVIER CARRINGTON, | Case No: 2:20-cv-09825-VAP-JC |
|---|---|
| Plaintiff, | Honorable Virginia Phillips |
| vs. | **NOTICE OF UNAVAILABILITY** |
| HARVEY WEINSTEIN; et al., | |
| Defendants. | |

TO THIS HONORABLE COURT:

Undersigned counsel for Plaintiff gives notice of unavailability due to scheduled cervical-spinal surgery, from December 18, 2020, with anticipated return to work on January 11, 2021.

Respectfully submitted on December 17, 2020,

DocuSigned by:

_____
G. Scott Sobel
*Attorney for Rovier Carrington*

1
NOTICE OF UNAVAILABILITY