G. SCOTT SOBEL, Esq., SBN 124818
LAW OFFICE OF G. SCOTT SOBEL
1180 S. Beverly Drive, Suite 610
Los Angeles, CA 90035-1158
Tel: (310) 422-7067; Fax: (888) 863-5630
GScottSobel@gmail.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ROVIER CARRINGTON | CASE NUMBER |
| --- | --- |
| Plaintiff(s), | 2-20-cv-09825 |
| v. HARVEY WEINSTEIN, et al. | NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

2/17/21
Date

Signature of Attorney/Party

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

## PROOF OF ELECTRONIC SERVICE

I am at least 18 years of age and not a party to this action. My business address is 1180 S. Beverly Drive, Suite 610, Los Angeles, CA 90035-1158, Telephone: (310) 422-7067. My electronic service address is: GScottSobel@gmail.com. On the date below I electronically served the following document(s) to the persons on the attached service list:

**NOTICE OF DISMISSAL**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on **February 17, 2021** at Los Angeles, California.

*[signature]*

G. Scott Sobel

## SERVICE LIST

| | |
|---|---|
| Stanton Lawrence Stein, Esq.<br>LGstein@raklaw.com<br>Diana Arielle Sanders, Esq.<br>dsanders@raklaw.com<br>Russ August & Kabat<br>12424 Wilshire Blvd, 12th Floor<br>Los Angeles, CA 90025<br>(310) 826-7474<br>Fax: (310) 979-8222 | Attorneys for Defendants Brian Graden, Brian Graden Media LLC, Russ August & Kabat, Stanton L. Stein, Diana A. Sanders |
| John F. Cove, Jr.<br>John.cove@shearman.com<br>Alexander Sanyshyn<br>Alexander.Sanyshyn@Shearman.com<br>SHEARMAN & STERLING LLP<br>535 Mission Street, 25th Floor<br>San Francisco, California 94105<br>Telephone: 415-616-1100<br>Facsimile: 415-616-1139 | Attorneys for ViacomCBS Inc., Paramount Pictures Corp., Shearman & Sterling LLP, Stephen Fishbein, Christopher LaVigne |
| David Grossman, Esq.<br>dgrossman@loeb.com<br>LOEB & LOEB LLP<br>10100 Santa Monica Blvd., #2200<br>Los Angeles, California 90067<br>Telephone: (310) 282-2000<br>Facsimile: (310) 282-2200 | Attorneys for Trustees of the Brad Alan Grey Trust, Loeb & Loeb LLP, Wook Hwang |